UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deron Moore,

        Plaintiff,

   v.

Commissioner of Social Security,

        Defendant.

Case No.: 1:10-cv-916

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Karen L. Litkovitz on January 27, 2012 (Doc. 9). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure, including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner. (Doc. 9, 27); *see United States v. Walters*, 638 F.2d 947, 949– 50 (6th Cir. 1981). No objection has been filed, and the time to do so has expired.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full. As the Report recommends (Doc. 9, 26), the decision of the Commissioner is **REVERSED and REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED**.

                              *s/Michael R. Barrett*
                              United States District Judge