# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**DERON MOORE,**
    **Plaintiff,**

**-vs-**      **Case No. 1:10-CV-916**

**COMMISSIONER OF SOCIAL SECURITY,**
    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that the Report and Recommendation (doc. 9) of the Magistrate Judge is ADOPTED in full. The decision of the Commissioner is REVERSED and REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

Date: February 17, 2012          JAMES BONINI, CLERK

         By: s/Emily Bromwell Hiltz
         Emily Bromwell Hiltz, Deputy Clerk